371 A.2d 220
Commonwealth v. Amaker, Appellant.

Submitted June 22, 1976. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

364 A.2d 356
Commonwealth v. Anderson, Appellant.

Submitted March 1, 1976. Philip D. Freedman, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

SPAETH, J., dissents on the basis of *Commonwealth v. Roberts*, 237 Pa.Superior Ct. 336, 352 A.2d 140 (1975).